UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PIERRE BROWNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:24CV209 |
| | ) |
| MECKLENBURG COUNTY, et al., | ) |
| | ) |
| Defendant(s). | ) |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 19, 2024, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is TRANSFERRED to the United States District Court for the Western District of North Carolina.

                                          /s/   Thomas D. Schroeder
                                          United States District Judge

April 12, 2024